1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant

8                UNITED STATES DISTRICT COURT

9             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                 (HONORABLE NITA L. STORMES)

11 UNITED STATES OF AMERICA,         )  CASE NO. 08MJ1369
                                     )
12           Plaintiff,               )
                                     )
13 v.                                )
                                     )  **NOTICE OF APPEARANCE**
14 ELIAS CARDENAS-RINCON,            )
                                     )
15           Defendant.               )
   _____   )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19 attorney in the above-captioned case.

20                                    Respectfully submitted,

22 Dated: May 6, 2008                 /s/ *JENNIFER L. COON*
                                      Federal Defenders of San Diego, Inc.
23                                    Attorneys for Defendant
                                      Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

Dated: May 6, 2008            /s/ *JENNIFER L. COON*
                     Federal Defenders of San Diego, Inc.
                     225 Broadway, Suite 900
                     San Diego, CA 92101-5030
                     (619) 234-8467 (tel)
                     (619) 687-2666 (fax)
                     Jennifer_Coon@fd.org (email)